IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LRB's COUNTRY ROAD HOUSE, LLC; and LOMON BRUNSON, an individual, | : : : | 4:15-CV-01673 |
| | : | (Judge Brann) |
| Plaintiffs, | : : | |
| v. | : : | |
| MONTGOMERY BOROUGH, ALFRED POFF; and JOHN DOE(S), | : : : | |
| Defendants. | : | |

## **ORDER**

### **August 10, 2016**

Upon consideration of Plaintiff's Concurred-In Motion for Scheduling Order Extension, filed August 5, 2016, ECF No. 29, **IT IS ORDERED THAT:** the motion is GRANTED and the following dates/deadlines now apply to this case:

| | |
|---|---|
| Discovery deadline: | November 3, 2016 |
| Dispositive motions due: (supporting briefs due pursuant to LR 7.5, 7.6 and 7.7) | January 3, 2017 |
| Plaintiffs' expert report due: | April 3, 2017 |
| Defendant's expert reports due: | May 1, 2017 |
| Supplemental/rebuttal expert reports due: | May 15, 2017 |

| | |
|---|---|
| Motions in limine & supporting briefs due: | June 5, 2017 |
| Pre-trial memorandum & proposed voir dire questions & proposed jury instructions due: | June 19, 2017 |
| Final pre-trial conference: | June 26, 2017 at 10:00 a.m. |
| Jury Selection & Trial: | August 2017 trial term |

BY THE COURT:

<u>s/Matthew W. Brann</u>
Matthew W. Brann
United States District Judge